IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND G. PERELMAN     :   CIVIL ACTION
               :
     VS.           :   NO.   02-3530
               :
               :

BEAR STEARNS & CO., INC.

**ORDER**

    AND NOW, this 20th of JUNE, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

    **ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Norma L. Shapiro, Jr. to the Honorable Bruce W. Kauffman.

                FOR THE COURT:

                JAMES T. GILES
                Chief Judge

                ATTEST:

_____ MICHAEL E. KUNZ
                Clerk of Court