IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND G. PERELMAN : CIVIL ACTION
:
VS. : NO. 02-3530
:

BEAR STEARNS & CO., INC.

### ORDER

AND NOW, this 2nd of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Bruce W. Kauffman to the Honorable Charles R. Weiner.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court