IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND G. PERELMAN       :      CIVIL ACTION
                                          : 
                                          :      NO.  02-3530
VS.                                    : 
                                          :

BEAR STEARNS & CO., INC.

**ORDER**

AND NOW, this 11th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Marvin Katz to the Honorable Thomas N. O'Neill, Jr.

                                                            FOR THE COURT:

                                                            JAMES T. GILES
                                                            Chief Judge

                                                            ATTEST:


_____       _____
                                                           MICHAEL E. KUNZ
                                                           Clerk of Court